**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Lauren E. Anderson (SBN 329173)
*landerson@clarksonlawfirm.com*
9255 Sunset Blvd., Suite 804
Los Angeles, California 90069
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

*Counsel for Plaintiff Lisa Moore*

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
228 Hamilton Ave., 3rd Fl
Palo Alto, California 94301
Telephone: (619) 915-9432
Facsimile: (650) 618-0478

*Counsel for Plaintiff Lisa Moore*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LISA M. MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC; PFIZER INC,<br><br>Defendants. | Case No.: 4:20-cv-09077-JSW<br><br>Case Filed: December 16, 2020<br>FAC Filed: January 26, 2021<br><br>Assigned to the Hon. Jeffrey S. White<br><br>**PLAINTIFF MOORE'S STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff Lisa Moore, by and through her counsel, Ryan Clarkson and Katherine A. Bruce, of Clarkson Law Firm, P.C.; Christopher Moon and Kevin Moon of Moon Law APC ("Plaintiff"), respectfully submit this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2) as supplemental authority in support of Plaintiff's opposition to Defendant's motion to dismiss Plaintiff's first amended complaint (ECF 32, filed 3/15/21) by way of a recently-issued judicial decision in *Maisel v. S.C. Johnson & Son, Inc.*, No. 21-cv-00413-TSH, 2021 U.S. Dist. LEXIS 86203 (N.D. Cal. May 5, 2021), attached as **Exhibit 1.**

| | | |
|---|---|---|
| 1 | Dated: May 11, 2021 | Respectfully submitted, |
| 2 | | **CLARKSON LAW FIRM** |
| 3 | | By: |
| 4 | | */s/ Katherine A. Bruce* |
| 5 | | RYAN J. CLARKSON<br>KATHERINE A. BRUCE<br>LAUREN E. ANDERSON |
| 6 | | |
| 7 | | **MOON LAW APC**<br>CHRISTOPHER D. MOON<br>KEVIN O. MOON |
| 8 | | |
| 9 | | *Attorneys for Plaintiff Lisa Moore* |