# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. MOORE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, and PFIZER, INC.,<br><br>Defendants. | Case No. 4:20-cv-09077-JSW<br>Action Filed: December 16, 2020<br>FAC Filed: January 26, 2021<br><br>*Judge Hon. Jeffrey S. White*<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFF'S ~~UNOPPOSED~~ ADMINISTRATIVE MOTION TO DISMISS PUTATIVE NATONWIDE CLASS CLAIMS WITHOUT PREJUDICE |

The Court, having considered Plaintiff Lisa M. Moore's ("**Plaintiff**") ~~Unopposed~~ Administrative Motion to Dismiss the Nationwide Class Claims Without Prejudice, any additional papers, oral argument, or evidence submitted in connection therewith, and all relevant papers on file herein, hereby finds good cause shown and **GRANTS** Plaintiff's motion. Accordingly, the Court **ORDERS** Plaintiff's claims asserted on behalf of the putative nationwide class in the operative First Amended Class Action Complaint, filed on January 26, 2021 (ECF 22), ***only***, are hereby dismissed, ***without prejudice***. *See* First Am. Class Action Compl. at ¶ 39. This order leaves intact all other claims, including Plaintiff's claims asserted on an individual basis and on behalf of the California Subclass.

**IT IS SO ORDERED.**

DATED: December 5, 2022

_____
HON. JEFFREY S. WHITE
SENIOR DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA