UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, et al.,<br><br>        Defendants. | Case No.  20-cv-09077-JSW<br><br>**ORDER DENYING MOTION FOR APPROVAL OF SETTLEMENT**<br><br>Re: Dkt. No. 129 |

Now before the Court for consideration is Plaintiff's motion for Approval of Rule 23(b)(2) Class Action Settlement, Service Award, and Attorneys' Fees and Costs.  Having considered the parties' papers and relevant legal authority, the Court finds the motion suitable for disposition without oral argument.  *See* N.D. Civ. L.R. 7-1(b).

The Court **HEREBY DENIES** the motion with leave to amend.  The Court instructs the parties to file a motion for preliminary approval of settlement within 30 days of this Order.

IT IS SO ORDERED.

Dated: August 27, 2024

_____
JEFFREY S. WHITE
United States District Judge